**SOUTHERN STATES COOPERATIVE,**
Appellant,

v.

**Archie STEWART et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 16, 1960.

James M. Collier, Elizabethtown, Fred C. Dolt, Louisville, for appellant.

David D. Jarrett and Hobson L. James, Elizabethtown, for appellees.

PER CURIAM.

This is a motion for an appeal from a $1,500 damage award arising out of the alleged maintenance of a nuisance by appellant.

Appellant contends that appellees failed to prove negligence and that the damages are excessive. The condition shown to have been created by appellant constituted a nuisance, in effect resulting in a trespass upon appellees' property, and the issue of negligence was not relevant. See Rogers v. Gibson, 267 Ky. 32, 101 S.W.2d 200.

While damages are difficult of ascertainment in this type of action, the amount allowed by the jury does not strike us as excessive.

The motion for appeal is denied and the judgment stands affirmed.

**John RAY, Appellant,**

v.

**Henry MAYS, Appellee.**

Court of Appeals of Kentucky.

Sept. 16, 1960.

Howell W. Vincent, Covington, for appellant.

William P. McEvoy, Burlington, for appellee.

PER CURIAM.

This is a motion for appeal by John Ray from a judgment of the Boone Circuit Court wherein it was adjudged that appellant's action for personal damages be dismissed.

A consideration of the record has failed to disclose any error prejudicial to appellant's substantial rights.

The motion for an appeal is therefore overruled and the judgment stands affirmed.